**EXHIBIT B**

**MINISTRY OF TRANSPORT OF THE RUSSIAN FEDERATION**
**FEDERAL AGENCY OF SEA AND RIVER TRANSPORT**
**FEDERAL STATE BUDGETARY INSTITUTION**
**«BLACK SEA MARITIME PORTS ADMINISTRATION»**
**(FSBI «BLACK SEA MPA»)**

Form A

# REPORT OF INSPECTION IN ACCORDANCE WITH
## THE BLACK SEA MEMORANDUM OF UNDERSTANDING ON PORT STATE CONTROL*

2, Khvorostyansky Str.,
Novorossiysk, 353925, Russia
Tel. +7 (8617) 676368
Fax. +7 (8617) 676378
E-mail: capasist@ampnovo.ru

copy to:   master
           head office
           PSCO
if ship is detained, copy to:
           flag State
           IMO
           recognized organization, if applicable

1. name of ship ...NODUS...   2. flag of ship ...LIBERIA...   3. type of ship ...GEN. CARGO...
4. call sign/MMSI ...D5VR3/636019688...   5. IMO number ...9497464...   6. gross tonnage ...22004...
7. deadweight ...33421...   8. year of build ...FOR. REG...   9. date of inspection ...18.12.19...
10. place of inspection ...Novorossiysk...   11. classification society ...2009...   12. date of release from detention
13a. IMO company number ...5485361...   13b. particulars of company ...SEDAR SHIPMANAGE-MENT S.A. GREECE...

14. name and signature of master to certify that the information under 13 is correct
name ...Capt. Babayev O....   signature ...[signed]...

15.** type of inspection:   ☐ initial inspection   ☒ more detailed inspection   ☐ expanded inspection

16. operational control (if any):   ☐ abandon ship drill   ☐ SOPEP drill
                                    ☐ fire drill            ☐ SMPEP drill
                                    ☐ damage control drill  ☐ other ...RESCUEBOAT ENG. 8A...

17. areas inspected:
☒ navigational bridge        ☒ engine room           ☒ accommodation and galley
☒ passenger spaces           ☒ steering-room         ☒ decks and forecastle
☐ cargo hold(s)/tank(s)      ☐ vehicle deck
☐ ballast tank(s) internal   ☐ ballast tank(s) from manhole

18. list of relevant certificate(s)

| code | title | issuing authority | date of issue | date of expiry | date of survey | surveying authority | surveyed place |
|---|---|---|---|---|---|---|---|
| 501 | Cargo Ship Safety Construction | KR | 141219 | 121020 | | | |
| 502 | Cargo Ship Safety Equipment | KR | 141219 | 121020 | | | |
| 503 | Cargo Ship Safety Radio | KR | 090517 | 121020 | 220918 | KR | CANAKKALE |
| 505 | International Oil Pollution Prevention | KR | 141219 | 170722 | | | |
| 506 | International Air Pollution Prevention | KR | 141219 | 121020 | | | |
| 507 | International Sewage Pollution Prevention | KR | 141219 | 121020 | | | |
| 508 | Load Lines | KR | 141219 | 121020 | | | |
| 509 | Document of Compliance | FW | 041219 | 080424 | | | |
| 510 | Safety Management Certificate | FW | 121219 | 120620 | | | |
| 511 | International Ship Security Certificate | FW | 121219 | 120720 | | | |
| 512 | Minimum Safe Manning Document | LR | 091219 | | | | |
| 523 | Tonnage | KR | 150617 | | | | |
| 528 | International Ballast Water Management | FW | 101219 | 170722 | 121219 | FW | 788. |
| 533 | Maritime Labour Certificate | FW | 121219 | 120620 | | | |

19. inspection actions taken:
☐ 26 - competent security authority informed    ☒ 70 - recognized organization informed
☐ 27 - ship expelled on security grounds         ☐ 85 - investigation of contravention of discharge provisions (MARPOL)
☐ 40 - next port informed                        ☐ 151 - ILO informed
☐ 45 - rectify detainable deficiencies at next port   ☐ 152 - seafarer organization informed
☐ 50 - flag State/consul informed                ☐ 155 - ship owner organization informed
☐ 55 - flag State consulted

20. deficiencies           ☐ no   ☒ yes (see attached FORM B) Pages ...2...
21. outstanding deficiencies***   ☒ no   ☐ yes
22. ship detained          ☒ no   ☐ yes
23. supporting documentation   ☒ no   ☐ yes (see annex)

Issuing office ...Novorossiysk PSC...   PSCO name ...Port State Control Surveyor MOU Novorossiysk...
Issuing office ...FSBI «BLACK SEA MPA»...   Address: ...2, Khvorostyansky Str., Novorossiysk, 353925, Russia... ...G. MUZYKA Surveyor MOU Novorossiysk...
Telephone ...+7 (8617) 676368...   E-mail: ...capasist@ampnovo.ru...
PSCO name(s) ...
Signature(s) ...

This report must be retained on board for period of two years and must be available for consultation by Port State Control Officers at all times.

*  This inspection report has been issued solely for the purpose of informing the master and other port States that an inspection by the port State, mentioned in the heading, has taken place. This inspection report cannot be construed as a seaworthiness certificate in excess of the certificates the ship is required to carry
** Masters, Shipowners and/or Operators are advised that detailed information on the inspection will be reported to the appropriate authorities and organisations and is subject to publications
*** Outstanding deficiencies are listed for information only and will not be taken into account for the calculation of the Ship Risk Profile and the Company performance.

Exhibit B

MINISTRY OF TRANSPORT OF THE RUSSIAN FEDERATION
FEDERAL AGENCY OF SEA AND RIVER TRANSPORT
FEDERAL STATE BUDGETARY INSTITUTION
«BLACK SEA MARITIME PORTS ADMINISTRATION»
(FSBI «BLACK SEA MPA»)

Form B

REPORT OF INSPECTION IN ACCORDANCE WITH
THE BLACK SEA MEMORANDUM OF UNDERSTANDING ON PORT STATE CONTROL

2, Khvorostyansky Str.,
Novorossiysk, 353925, Russia
Tel. +7 (8617) 676368
Fax. +7 (8617) 676378

E-mail: capasist@ampnovo.ru

copy to:   master
           head office
           PSCO
if ship is detained, copy to:
           flag State
           IMO
           recognized organization, if applicable

1. name of ship __NODUS__
5. IMO number __9497464__
9. date of inspection __18.12.2019__
10. place of inspection __Novorossiysk__
24. list of deficiencies

| No | code | nature of defect 1) | convention 2) | action(s) taken 3) |
|----|------|---------------------|---------------|--------------------|
| 1 | 10109 | SOME NAVIGATION LIGHTS UNLIT | | 17 |
| 2 | 10109 | RUSSIAN FLAG DIRTY, DAMAGED, NATIONAL NOT KEEP. | | 17 |
| 3 | 13199 | STEAM BOILER LEAK OF OIL | | 17/70 |
| 4 | 13199 | STEAM BOILER AUT. SYSTEM OUT OF ORDER | | 17/70 |
| 5 | 13104 | BILGE PUMP OUT OF ORDER | | 17/70 |
| 6 | 02107 | HYDR. SYSTEM OF BALLAST VALVE LEAK | | 17/70 |
| 7 | 13101 | ME CYLINDER LEAK OF COOLING WATER | | 17/70 |
| 8 | 13108 | ME HT FW PUMP N2 OUT OF ORDER | | 17/70 |
| 9 | 13199 | ME LO PUMP N2 OUT OF ORDER | | 17/70 |
| 10 | 14501 | GARBAGE KEEP NOT AS REQUIRED | | 17 |
| 11 | 10109 | ST.BOARD SIDE NAV. LIGHT FOUND CORRODED | | 16 |
| 12 | 18414 | PROVISION CRANE HOOK LATCH MISSING | | 17 |
| 13 | 11104 | RESCUE BOAT SWITCHES NOT PROTECTED | | 17 |
| 14 | 10101 | PILOT LADDER ROPE POOR | | 17/70 |
| 15 | 03105 | HYDRAULIC PIPES ON CARGO DECK CORRODED, TEMPORARY REPAIRED, NEAR HOLD N 4 p/s. | | 17/70 |

Name _____
(duly authorized PSCO of reporting authority)

Signature _____

Port State Control
I.G.MUZYKA
Surveyor MOU
Novorossiysk

1) This inspection was not a full survey and deficiencies listed may not be exhaustive. In the event of a detention, it is recommended that full survey is carried out and all deficiencies are rectified before an application for re-inspection is made.
2) To be completed in the event of a detention.
3) Applicable Deficiency Action Codes (see reverse side of copy) to be entered.
4) Deficiencies marked as Accidental Damage are not taken into account for calculation the company performance and the Ship Risk Profile

Page ___1___ of ___2___

Exhibit B

MINISTRY OF TRANSPORT OF THE RUSSIAN FEDERATION
FEDERAL AGENCY OF SEA AND RIVER TRANSPORT
FEDERAL STATE BUDGETARY INSTITUTION
«BLACK SEA MARITIME PORTS ADMINISTRATION»
(FSBI «BLACK SEA MPA»)

Form B

REPORT OF INSPECTION IN ACCORDANCE WITH
THE BLACK SEA MEMORANDUM OF UNDERSTANDING ON PORT STATE CONTROL

2, Khvorostyansky Str.,
Novorossiysk, 353925, Russia
Tel. +7 (8617) 676368
Fax. +7 (8617) 676378

E-mail: capasist@ampnovo.ru

copy to: master
head office
PSCO
if ship is detained, copy to:
flag State
IMO
recognized organization, if applicable

1. name of ship: MODUS
5. IMO number: 9497464
9. date of inspection: 18.12.2019
10. place of inspection: Novorossiysk

24. list of deficiencies

| No | code | nature of defect | convention | action(s) taken |
|---|---|---|---|---|
| 16 | 03105 | CONTROLLERS HYDRAULIC FOR CARGO HOLD COVERS LEAKAGE | | 17/70 |
| 17 | 03105 | SOME HYDRAULIC DEVICE (PIN) FOR CARGO HOLD COVERS LEAKAGE | | 17/70 |
| 18 | 07116 | VENTILATION DEVICES FORECASTLE RUBBER POOR CONDITION | | 17/70 |
| 19 | 04103 | BATTERY ROOM. EMERGENCY BATTERY 2 of 4 EMPTY (INDICATORS of DENSITY) | | 17/70 17 |
| 20 | 11117 | M.O.B. P/S DATE of EXPIRED UNREADABLE | | |
| 21 | 14119 | SLUDGE TANK, F.O. DRAIN TK. IS FULL | | 17/70 |
| 22 | 14119 | BILGE WATER TANK IS FULL | | 17/70 |

Port State Control
I.G. MUZYKA
Surveyor MOU

Name (duly authorized PSCO of reporting authority)
A.G. Grishko
Signature

1) This inspection was not a full survey and deficiencies listed may not be exhaustive. In the event of a detention, it is recommended that full survey is carried out and all deficiencies are rectified before an application for re-inspection is made.
2) To be completed in the event of a detention.
3) Applicable Deficiency Action Codes (see reverse side of copy) to be entered.
4) Deficiencies marked as Accidental Damage are not taken into account for calculation the company performance and the Ship Risk Profile

Page 2 of 2

Exhibit B