**EXHIBIT C**



**Preliminary**

# KOREAN REGISTER OF SHIPPING
## Survey Report
### NODUS

Class No. : 1000026
Work ID No. : ISTS012319

| | | | | |
|---|---|---|---|---|
| Name of Ship | NODUS | | IMO No. | 9497464 |
| Official No. | 19688 | | Gross Tonnage(ITC) | 22,064.00 (22,064) |
| Flag / Port of Registry | LIBERIA / MONROVIA | | Other Class | - |
| Class Notation | KRS1 | CARGO SHIP | | |
| | | GENERAL DRY CARGO(DOUBLE SKIN) HC (Holds No.2 & 4 may be empty) | | |
| | | CLEAN1 IWS CDG Grab LG LI | | |
| | KRM1 | UMA BWE STCM | | |
| Owner | DOMES SHIPHOLDING CORP. | | | |
| Manager | SEADAR SHIPMANAGEMENT S.A. | | | |
| Tech. Manager | SEADAR SHIPMANAGEMENT S.A. | | | |
| Place of Survey | ISTANBUL | | Review | |
| | ( ~~Dry Dock~~ , Afloat ) ( ~~Voyage Survey~~ ) | | | |
| First Visit | 2019-12-31 | | Last Visit | 2020-01-05 |

The undersigned surveyor(s) has(have) carried out the below survey(s) satisfactorily

Surveyor (H) : Yavuz Surucu          Surveyor (M) : Yavuz Surucu

Surveyor (J) :                       Verified

## A. Survey Performed
- Class Surveys :     Occasional Survey(Conditions) Rectification)
- Statutory Surveys : -

## B. Certificates Issued/Endorsed
- Class Surveys :     -
- Statutory Surveys : SE(R)

## C. Reports Attached
- 

## D. Records Attached
- Class Surveys :     -
- Statutory Surveys : SE

\* Please see the abbreviation on "Abbreviation for Survey Report"



**Preliminary**

# KOREAN REGISTER OF SHIPPING
## Survey Report

### NODUS

Class No. : 1000026
Work ID No. : ISTS012319

## Certificates

### - Class Certificates

| Kind | Code | Type | Issue Date | Expiry Date |
|---|---|---|---|---|
| Classification Certificate(Full) | CC | Full | 2019-12-30 | 2020-10-12 |
| Cargo Gear(CG2) Certificate | CG2 | Full | 2019-12-14 | - |
| Loading Instrument Certificate | LI | Permanence | 2019-12-14 | - |

### - Statutory Certificates or Documents of Compliance issued by KR

| Kind | Code | Type | Issue Date | Expiry Date |
|---|---|---|---|---|
| Cargo Ship Safety Construction Certificate | SC | Full | 2019-12-14 | 2020-10-12 |
| Cargo Ship Safety Equipment Certificate | SE | Full | 2020-01-05 | 2020-10-12 |
| Cargo Ship Safety Radio Certificate | SR | Full | 2019-12-14 | 2020-10-12 |
| Load Line Certificate | ILL | Full | 2019-12-30 | 2020-10-12 |
| Oil Pollution Prevention Certificate(Form A) | IOPP-A | Full | 2019-12-14 | 2022-07-17 |
| Sewage Pollution Prevention Certificate | ISPP | Full | 2019-12-14 | 2020-10-12 |
| DOC for Garbage Pollution Prevention | IGPP | Full | 2019-12-14 | 2020-10-12 |
| Air Pollution Prevention Certificate | IAPP | Full | 2019-12-14 | 2020-10-12 |
| Anti-fouling System Certificate | IAFS | Permanence | 2019-12-30 | - |
| SOC for Maritime Solid Bulk Cargoes Code | IMSBC | Full | 2019-12-14 | 2020-10-12 |
| DOC for Carriage of Dangerous Goods | CDG | Full | 2019-12-14 | 2020-10-12 |
| Energy Efficiency Certificate | IEE | Permanence | 2019-12-14 | - |
| Exemption Certificate | SOL-EX(2) | Interim | 2019-12-14 | 2020-05-13 |

## Due date of next survey

### - Class Surveys

| Kind | Next Survey Date | Range Date |
|---|---|---|
| Special Survey | 2020-10-12 | 2020-07-12 - 2020-10-12 |
| Intermediate Survey | | |
| Annual Survey | | |
| Docking Survey | 2020-10-12 | |
| No.1 Propeller Shaft Survey | 2020-10-14 | |
| No.1 Aux. Boiler Survey | 2020-10-12 | |

Exhibit C



**Preliminary**

# KOREAN REGISTER OF SHIPPING
## Survey Report
### NODUS

Class No. : 1000026
Work ID No. : ISTS012319

| | | |
|---|---|---|
| Occasional Survey | 2020-01-10 | |
| Cargo Gear Survey (Annual) | 2020-09-07 | 2020-06-07 - 2020-10-12 |

## - Statutory Surveys

| Kind | Next Survey Date | Range Date |
|---|---|---|
| **Cargo Ship Safety Construction** | | |
|   Renewal Survey | 2020-10-12 | 2020-07-12 - 2020-10-12 |
|   Intermediate Survey | | |
|   Annual Survey | | |
| **Cargo Ship Safety Equipment** | | |
|   Renewal Survey | 2020-10-12 | 2020-07-12 - 2020-10-12 |
|   Periodical Survey | | |
|   Annual Survey | | |
| **Cargo Ship Safety Radio** | | |
|   Renewal Survey | 2020-10-12 | 2020-07-12 - 2020-10-12 |
|   Periodical Survey | | |
| **Load Line** | | |
|   Renewal Survey | 2020-10-12 | 2020-07-12 - 2020-10-12 |
|   Annual Survey | | |
| **Oil Pollution Prevention** | | |
|   Renewal Survey | 2022-07-17 | 2022-04-17 - 2022-07-17 |
|   Intermediate Survey | 2020-07-17 | 2020-04-17 - 2020-10-17 |
|   Annual Survey | 2021-07-17 | 2021-04-17 - 2021-10-17 |
| **Sewage Pollution Prevention** | | |
|   Renewal Survey | 2020-10-12 | 2020-07-12 - 2020-10-12 |
| **Garbage Pollution Prevention** | | |
|   Renewal Survey | 2020-10-12 | 2020-07-12 - 2020-10-12 |
| **Air Pollution Prevention** | | |
|   Renewal Survey | 2020-10-12 | 2020-07-12 - 2020-10-12 |
|   Intermediate Survey | | |
|   Annual Survey | | |
| **Carriage of Dangerous Goods** | | |
|   Renewal Survey | 2020-10-12 | 2020-07-12 - 2020-10-12 |
| **Maritime Solid Bulk Cargoes Code** | | |
|   Renewal Survey | 2020-10-12 | 2020-07-12 - 2020-10-12 |
| **Ballast Water Management** | | |
|   Renewal Survey | 2020-10-12 | 2020-07-12 - 2020-10-12 |

Exhibit C



**Preliminary**

# KOREAN REGISTER OF SHIPPING
## Survey Report

**NODUS**

Class No. : 1000026
Work ID No. : ISTS012319

Intermediate Survey
Annual Survey                                   2019-10-12        2019-07-12 - 2020-01-12

**Anti-Fouling System** - Permanence
**Energy Efficiency(IEE)** - Permanence

## Condition of Class / Statutory Condition

### [ Effective Condition of Class / Statutory Conition ]

| No. | Issued date | Issued at | Due date | Section |
|---|---|---|---|---|
| 1. | 2019-12-23 | Survey Team | 2020-01-10 | Class |

1. The steam boiler should be submitted for survey by KRS not later than 10 January 2020.
2. The daily bilge pump should be repaired or replaced with new one not later than 10 January 2020.
3. Hydraulic system of ballast valves outside of engine room should be submitted for survey by KRS not later than 10 January 2020.
4. Water leakage of ME cylinder unit No.6 should be eliminated not later than 10 January 2020.
5. ME HT FW pump no.2 should be repaired or replaced with new one not later than 10 January 2020.
6. Repair of hydraulic pipes on cargo deck should be carried out not later than 10 January 2020.

| 2. | 2019-12-23 | Survey Team | 2020-01-15 | Class |

1. Sludge should be discharged to shore receiving facilities not later than 15 January 2020.
2. Bilge water should be discharged to shore receiving facilities not later than 15 January 2020. Bilge operation is not allowed till bilge water tank discharged to shore facility.

| 3. | 2020-01-05 | Istanbul | 2020-01-15 | Class |

Tightining of F.O transfer pipe flanges and insulation at fr.37 E/R platform level is to be completed as soon as possible but not later than 15 of January 2020.

| 4. | 2020-01-05 | Istanbul | 2020-01-25 | Class |

Installation of Starboard anchor is to be completed as soon as possible but not later than 25th of January 2020.

### [ Cleared Condition of Class / Statutory Condition ]

- None -

## Notes

### [ Effective Notes ]

1. Section : Statutory

   As USCG BWM regulation was entered into force as of 1 December 2013, all existing ships constructed before 1 December 2013, calling at US port limits and discharging ballast water into their territorial sea area, shall be provided with BWMS onboard by following schedules:
   .1 existing ships with ballast water capacity between 1,500 tonnes and 5,000 tonnes shall be provided with BWMS by first scheduled dry-docking after 1 January 2014.
   .2 existing ships with ballast water capacity less than 1,500 tonnes or greater than 5,000 tonnes shall be provided with BWMS by first scheduled dry-docking after 1 January 2016.
   All ship owners and surveyors are kindly invited to note above particular USCG BWM regulation and take action as appropriate

Exhibit C



**Preliminary**

# KOREAN REGISTER OF SHIPPING
## Survey Report

**NODUS**

Class No. : 1000026
Work ID No. : ISTS012319

taking

2. Section : Statutory
In accordance with regulation 5.4.5 of MARPOL Annex VI, SEEMP Part II shall be approved by the flag Administration or its RO prior to collecting ship's fuel oil consumption data under regulation 22A of MARPOL Annex VI (on or before 31 December 2018) and Confirmation of Compliance (COC) shall be provided to and retained on board. For the sake of smooth approval within the time limit, SEEMP Part II is to be submitted to KR by 1 September 2018 according to the MEPC.1/Circ.876 paragraph 5, unless otherwise stated by ship's flag Administrations.

This note shall be deleted after checking the approved SEEMP Part II and COC onboard at a periodical survey in 2019 by an attending surveyor. This note was made by Convention & Legislation Service Team on 16 July 2018.

3. Section : Statutory
"In accordance with Reg. (EC) No 1257/2013, EU flagged existing ships and Non-EU flagged ships calling at a port or anchorage of a EU Member State shall have on-board the approved IHM Part 1 and its Certificate or Statement of Compliance by December 31st 2020. (For more detail, please refer to the KR technical information, 2018-ETC-10)
This note was made by Convention & Legislation Service Team on 9th July 2019."

4. Section : Statutory
In accordance with regulation B-3 of IMO BWM Convention, all existing ships constructed before 8 September 2017 are required to comply with regulation D-2 by installing the BWMS(s) onboard by the forthcoming IOPP renewal survey which is designated on or after 8 September 2019 but prior to 8 September 2024. For more detailed information, please contact to the nearest KR branch office or Convention & Legislation Service Team(convention@krs.co.kr) of HQ.
This note was made by Convention & Legislation Service Team on 7th August 2019.

[ Cleared Notes ]
- None -

### Remarks

Upon the request of ship's manager OS(recommendation rectification) was carried out at this time in Istanbul/Turkey

1. Recently change liferafts for 25 persons were verified onboard and SE certificates was re-issued at this time, SE record was modified accordingly.
2. Sludge amount of the vessel was input wrong to the oil record book. The corrected amount of sludge and remaining tank capacity calculation was verified and condition due date was extended.
3. The repair of starboard navigation light foundation was verified.
4. Rubber protection of rescue boat's switches were renewed and verified.
5. Repair of M/E L.O pump was completed.
6. Bilge tank capacity in stability and damage stability booklets was changed according to the tank plan.
7. SOPEP approval for new company and vessel name by Administration was verified onboard.
8. Sewage holding tank capacity was verified onboard.
9. Main Air compressors were found at good working condition.
10. Missing insulation of M/E exhaust system was completed.
11. Oil leakage of seperator room and some part of E/R were cleaned and found in order.
- End -

Exhibit C



Preliminary

# KOREAN REGISTER OF SHIPPING
## Survey Report
### NODUS

Class No. : 1000026
Work ID No. : ISTS012319

THIS IS TO CERTIFY that the Surveyor(s) who signed this report has(have) carried out the above-mentioned surveys satisfactorily in accordance with this Society's Rules.

Exhibit C



# KOREAN REGISTER OF SHIPPING

## Abbreviations for Survey Report

| Abbr. | Meaning | Abbr. | Meaning |
|---|---|---|---|
| (E) | Endorse | ILO | Cert. with ILO Convention Nos. 92 and 133 |
| (I) | Issued | ILODOC | Document of Compliance with ILO Convention Nos. 92 and 133 |
| (R) | Reissued | IMSBC | Cert. of Compliance with the Code of Safe Practice for Solid Bulk Cargoes |
| ACD | Records of Automatic Control System | | |
| APP | Record of Air Pollution Prevention System for Korean Government | INF | Fitness for the Carriage of INF Cargo |
| BCH | International Cert. for the Carriage of Dangerous Chemicals in Bulk | IOPPA | International Oil Pollution Prevention Cert. (Form A) |
| BOLL | Bollard Pull Cert. | IOPPAM | International Oil Pollution Prevention Cert. (Form A)(Multiple) |
| BUILD | Ship-building(Special Ship-building) for Korean Government | IOPPB | International Oil Pollution Prevention Cert. (Form B) |
| BWM | Statement of Compliance for International Ballast Water Management Convention | IOPPBM | International Oil Pollution Prevention Cert. (Form B)(Multiple) |
| | | ISPP | International Sewage Pollution Prevention Cert. |
| CASU | Casualty Investigation Report | KSP | Particular of Statutory Survey for Korean Government |
| CC | Classification Cert. (Full term) | LI | Loading Instrument Cert. |
| CCC | Classification Cert. (Conditional) | MALSC | Malaysian SC Cert. |
| CCS | Classification Cert. (Interim) | MALSE | Malaysian SE Cert. |
| CDG | Cert. of Compliance with Special Requirements for Ships Carrying Dangerous Goods | MALSR | Malaysian SR Cert. |
| | | MALSX | Malaysian SOLAS Exemption Cert. |
| CG2 | Cert. of Test and Thorough Examination of Lifting Appliances | MC | Report on Machinery Survey |
| CG2U | Cert. of Test and Thorough Examination of Lifting Appliances for Operation in Union Purchase | MODU | Mobile Offshore Drilling Unit Safety Cert. |
| | | MPP | Marine Pollution Prevention Cert. for Korean Government |
| CG3 | Cert. of Test and Thorough Examination of Loose Gears | NLS | International Pollution Prevention Cert. for the Carriage of Noxious Liquid Substance in Bulk |
| CG4 | Cert. of Test and Thorough Examination of Wire Rope | | |
| CG5 | Cert. of Test and Thorough Examination of Fiber-Rope | OB1 | Statement of Compliance for Carriage of Dry Cargoes in Bulk |
| CHS | Report on Continuance Hull Survey | OB2 | Statement of Compliance for Occasional Carriage of Dry Cargoes in Bulk |
| CSS | Cargo Ship Safety Cert. | | |
| CTS | Report on Compartment Survey | OB3 | Statement of Compliance for Carriage in Bulk of Other Substances |
| DATA | Data Sheet | OHIMP | Approval Cert. for Owner's Hull Inspection and Maintenance Program |
| EDD | Approval Cert. for Extended Dry-docking Interval System | OHIMPP | Pre-approval Cert. for Owner's Hull Inspection and Maintenance Program |
| EDDP | Pre-approval Cert. for Extended Dry-docking Interval System | | |
| EH | Executive Hull Summary | PASS | Passenger Ship Safety Cert. |
| EXTFVS | Validity Extension Certificate of Fishing Vessel Survey Cert. for Korean Government | PMS | Approval Cert. for Planned Maintenance System |
| | | PMSP | Pre-approval Cert. for Planned Maintenance System |
| EXTSSC | Validity Extension Certificate of Ship Survey Cert. for Korean Government | POSH | Particular of Ship-Hull |
| | | POSM | Particular of Ship-Mach. |
| FIT | Voyage Fitness Cert. | RMC | Particular of Refrigerating Installation |
| FITDG | Certificate of Fitness for the Carriage of Dangerous Cargoes for Korean Government | SC | Cargo Ship Safety Construction Cert. |
| | | SCM | Cargo Ship Safety Construction Cert.(Multiple) |
| FVSC | Fishing Vessel Survey Cert. (On and above 24m) for Korean Government | SE | Cargo Ship Safety Equipment Cert. |
| FVSCB | Fishing Vessel Survey Cert. (Below 24m) for Korean Government | SEM | Cargo Ship Safety Equipment Cert.(Multiple) |
| FVSSC | Fishing Vessel Special Survey Cert. for Korean Government | SOCI | Interim Statement of Compliance for Korean Government |
| GREEN | Green Passport on IMO Guidelines | SPSC | Special Purpose Ship Safety Cert. |
| HSC | High Speed Craft Safety Cert. | SR | Cargo Ship Safety Radio Cert. |
| IAFS | International Anti-Fouling System Cert. | SSC | Ship Survey Cert.(On and above 12m) for Korean Government |
| IAPP | International Air Pollution Prevention Cert. | SSCB | Ship Survey Cert.(Below 12m) for Korean Government |
| IBC | International Cert. of Fitness for the Carriage of Dangerous Chemicals in Bulk | SX | SOLAS Exemption Cert. |
| | | SXFFEA | SOLAS Exemption Cert. (FFEA) |
| ICC | Ice-Classification Cert. (Full term) | TEMPA | Temporary Alteration Cert. for Korean Government |
| ICCS | Ice-Classification Cert. (Interim) | TEMPN | Temporary Navigation Cert. for Korean Government |
| IEE | International Energy Efficiency Cert. | TMPP | Temporary Marine Pollution Prevention Cert. for Korean Government |
| IGC | International Cert. of Fitness for the Carriage of Liquefied Gases in Bulk | TMR | Thickness Measurement Report (Record) |
| IGPP | Document of Compliance for Garbage Pollution Prevention | TOW | Towing Cert. for Korean Government |
| IHM | International Inventory of Hazardous Materials | USCG | USCG Requirement for Pollution Prevention Control System |
| ILL | International Load Line Cert. | USCGVEC | USCG Requirement for Vapor Emission Control System |
| ILLEX | International Load Line Exemption Cert. | VEC | Standards for Vapor Emission Control Systems |
| ILLM | International Load Line Cert.(Multiple) | | |

* **Condition of Class / Statutory Condition**
  : Requirements to the effect that specific measures, repairs, surveys are to be carried out within a specific time limit in order to retain Classification.

* **Note**
  - Acceptable defects
  - Any points of attention for future surveys, e.g. for Suspect Areas
  - Extended Annual/Intermediate survey due to coating break down
  - Items which require close attention to owners and surveyors prior to the application and / or implementation of new Rules or special requirements

* **Remark**
  : Items which are used to convey the survey information such as the inspection items cleared, repairs made during the survey or change records pertinent to classification, etc.

Form ABB (2019.10)

Exhibit C

Statement No. : IST-OC-0001-20



# STATEMENT

| Name of Ship | Distinctive Number or Letters | IMO No | Port of Registry | Gross Tonnage |
|---|---|---|---|---|
| NODUS | D5VR3 | 9497464 | MONROVIA | 22064 |

TO WHOM IT MAY CONCERN

Upon the statement of the ship's master, vessel drop starboard anchor before departure from anchorage area of black sea bosphorus on 30th of December 2019. The next voyage of the vessel will be Istanbul/Turkey to Brasil and installation of the anchor will be completed before passing Gibraltar.

Issued at ___Istanbul___ on the ___05th___ day of ___January   2020___

KOREAN REGISTER OF SHIPPING

Yavuz SÜRÜCÜ
Senior Surveyor

Disclaimer
1. The Statement of Facts is intended solely for information purposes and needs to be reaffirmed by the ship's owner or ship's operator
2. The statement is granted subject to the condition that it is understood and agreed that neither the Society nor the servant or agent of the Society is under any circumstances whatsoever to be held responsible for any inaccuracy in the statement issued by the society or its Surveyors or in any entry in the record or other publication of the Society or for any error of judgment default or negligence of its Officers, Surveyors.
3. The statement does not give guarantee for legal force and thereby it shall not be used as any proof for legal matter or commercial dispute.

Exhibit C